IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YIN PING YANG, | ) | 4:07CV3258 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GERARD HEINAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's motion to dismiss (filing 11) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

February 25, 2008.              BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge